# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| ) | |
| Lockheed Martin Space Systems Company ) | ASBCA No. 59394 |
| ) | |
| Under Contract No. N00030-07-C-0100 ) | |

APPEARANCES FOR THE APPELLANT:    Kayla C. Smith, Esq.
Steven M. Masiello, Esq.
  McKenna Long & Aldridge LLP
  Denver, CO

Daniel A. McNulty, Esq.
  Vice President & General Counsel

APPEARANCE FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 27 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59394, Appeal of Lockheed Martin Space Systems Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals